IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NOS. |
|  | : |  |
| WEYANT | : | 02-3886 |
| GOODMAN | : | 02-3910 |
| MARRA, et al. | : | 02-3913 |
| FREDERICKSEN | : | 02-3948 |
| FRANCIS | : | 02-3967 |
| SPACCAMONTI | : | 02-3971 |
| STETZENBACK | : | 02-3978 |
| CLEMENT, et al. | : | 02-4031 |
| CLEMENT, et al. | : | 02-4032 |
| HARCOURT, et al. | : | 02-4128 |
| WAGE, et al. | : | 02-4169 |
| NUNNERY, et al. | : | 02-4173 |
| JOHNSON, et al. | : | 02-4216 |
| BLAIR, et al. | : | 02-4223 |
| CASTO, et al. | : | 02-4228 |
| ZAMBRANO, et al. | : | 02-4276 |
| FOSS, et al. | : | 02-4286 |
| BURKE-SHERMAN, et al. | : | 02-4366 |
|  | : |  |
| VS. | : |  |
|  | : |  |
| BAYER CORPORATION, *et al.* | : |  |

**O R D E R**

**AND NOW,** this            day of July, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[   ]   -   Order staying these proceedings pending disposition of a related action.

[   ]   -   Order staying these proceedings pending determination of arbitration proceedings.

[   ]   -   Interlocutory appeal filed.

[ X ]   -   Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring the case to the District of Minnesota.</u>

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
**Ronald L. Buckwalter, Judge**